Order entered November 9 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-01641-CR
No. 05-11-01642-CR

CHIUNG-YAU LEE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause Nos. 429-81558-09, 429-81559-09

## ORDER

The Court **REINSTATES** the appeals.

On October 8, 2012, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On November 6, 2012, we received appellant's brief, together with extension motions. Therefore, we **VACATE** the October 8, 2012 order.

We **GRANT** the November 6, 2012 extension motions and **ORDER** appellant's brief filed as of the date of this order.

DAVID L. BRIDGES
JUSTICE